USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENTINO MELGAREJO, on behalf of himself, individually, and on behalf of all others similarly-situated,

            Plaintiff,

-against-

NEW YORK FISH & VEGETABLE, INC., d/b/a "NY FISH AND VEGETABLES," and LEE'S FISH & FRUIT, INC., and DAVID LEE, individually,

            Defendants.

19 Civ. 2439 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 29, 2019, the Court ordered the parties to submit a joint status letter by December 2, 2019. ECF No. 26. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter by **December 5, 2019**.

    SO ORDERED.

Dated: December 4, 2019
       New York, New York

                                      ANALISA TORRES
                                    United States District Judge