USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENTINO MELGAREJO, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

NEW YORK FISH & VEGETABLE, INC., d/b/a "NY FISH AND VEGETABLES," and LEE'S FISH & FRUIT, INC., and DAVID LEE, individually,

                Defendants.

19 Civ. 2439 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for December 9, 2019 is ADJOURNED to **December 13, 2019**, at **11:00 a.m.**

SO ORDERED.

Dated: December 9, 2019
        New York, New York

ANALISA TORRES
United States District Judge