UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FLORENTINO MELGAREJO, on behalf of
himself, individually, and on behalf of all others
similarly-situated,

                                  Plaintiff,

               - against -                                    **ORDER**

NEW YORK FISH & VEGETABLE INC., et al.,

                                                  19 CV 2439  (KNF)

                                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In this action brought pursuant to the Fair Labor Standards Act and the New York Labor Law, the parties agreed upon the material terms and conditions under which they would settle their dispute during arm's-length negotiations had at the January 9, 2020 settlement conference convened by the Court. Thereafter, the parties reduced their agreement to a writing, Docket Entry No.38-1, and submitted it to the Court for its review and approval.  The Court has reviewed the document and it contains, <u>inter</u> <u>alia</u>, the agreements reached on January 9, 2020.  Therefore, the Court finds that the parties' written settlement agreement, Docket Entry No. 38-1, is fair and reasonable and the Court approves that agreement.  The Clerk of Court is directed to record on the docket sheet that this action is terminated.

Dated:  New York, New York                  SO ORDERED:
        September 3, 2020

                                                                     *Kevin Nathaniel Fox*
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York                  SO ORDERED:
        December 20, 2019

                                                               _____

                              KEVIN NATHANIEL FOX
                              UNITED STATES MAGISTRATE JUDGE